

**THOMAS, LONG, NIESEN & KENNARD**

*Attorneys and Counsellors at Law*

April 5, 2010

Clerk, U.S. Bankruptcy Court
The Ronald Reagan Federal Building
228 Walnut St.
Room 320
P O BOX 908
Harrisburg, PA 17108

    Re:    Karen Rosella Minnifield
            Case No. 1-04-04114 MDF

Dear Case Administrator:

    In accordance with USCS §347, **Unclaimed Property** stating that all unclaimed dividends must be turned over to the Clerk of the Court, please prepare an Order directing deposit of **$1,692.76** to the Registry Fund in the above referenced case. The creditors are as follows:

    **Claim 6 and Claim 6I**
    **Direct Merchants Bank**
    **Payment Center**
    **P O BOX 17036**
    **Baltimore MD 21297 - 0448**
    **$926.00 and $40.99**

    **Claim 14 and Claim 14I**
    **Pinnacle Health Hospital**
    **P OB OX 2363**
    **Harrisburg PA 17105**
    **$695.00 and $30.77**

                            Sincerely yours,

                            Lawrence G. Frank

LGF:dkh

212 LOCUST STREET • SUITE 500 • P.O. BOX 9500 • HARRISBURG, PA 17108-9500 • 717.255.7600 • FAX 717.236.8278 • www.thomaslonglaw.com